UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>Armando Lisasuain</u>

     v.                                       Civil No. 12-cv-490-PB

<u>Hillsborough County Department</u>
<u>of Corrections, Superintendent, et al.</u>


## <u>ORDER GRANTING MOTION TO PROCEED</u><br><u>*IN FORMA PAUPERIS*</u>

The plaintiff, an inmate at Hillsborough County Department of Corrections ("Institution"), has filed a motion to proceed *in forma pauperis* in the above-captioned case, which is accompanied by an inmate account statement signed by an authorized individual from the Institution. The statement evidences that the plaintiff's account balance is $0. Plaintiff has also submitted a signed consent form indicating consent to permit inmate accounts to make court-ordered payments on his behalf.

The motion to proceed *in forma pauperis* is GRANTED. While 28 U.S.C. § 1915(b)(1) requires the court assess an initial filing fee, given the plaintiff's current balance there shall be no initial filing fee assessed. Going forward, however, the plaintiff shall be responsible for monthly payments of 20% of each preceding month's income credited to his account, which shall be remitted by the Institution when the amount in the account exceeds $10.00 until the sum of $350.00 has been paid. 28 U.S.C. § 1915(b)(2).

The monthly payments as outlined above shall be forwarded to the Clerk of Court by the Institution in accordance with this Order. A copy of this Order, along with a copy of the signed

Prisoner Consent Form (doc. no. 2), shall be forwarded by the Court to the Institutions inmate account department.

    SO ORDERED.

_____
Landya B. McCafferty
United States Magistrate Judge

Dated: January 2, 2013

cc: Armando Lisasuain, pro se
    Hillsborough County Department of Corrections Inmate Accounts