UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

**Armando Lisasuain**

          v.                  12-cv-490-PB

**Hillsborough County Department of Corrections, Superintendent, et al**

**O R D E R**

Having considered the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated May 6, 2013. The court finds that Lisasuain has failed to state any claim upon which relief can be granted, and therefore dismisses the complaint. The Clerk shall enter judgment and close the case.

SO ORDERED.

                                                */s/ Paul Barbadoro*
                                                Paul Barbadoro
                                                United States District Judge

Date: May 17, 2013

cc:  Armando Lisasuain